IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD BIBBS,

    Plaintiff,                    No. CIV S-08-0033 GEB DAD P

    vs.

WARDEN WALKER, et al.,

    Defendants.         <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. On February 22, 2008, plaintiff filed an affidavit in support of his request for leave to proceed in forma pauperis. Plaintiff has not submitted his in forma pauperis request on a proper form.

        Plaintiff's request for leave to proceed in forma pauperis will be denied, and plaintiff will be granted thirty days to submit a new request on a proper form. Plaintiff is cautioned that the form includes a section that must be completed by a prison official, and the application form must be accompanied by a certified copy of plaintiff's prison trust account statement for the six-month period immediately preceding the filing of this action.

/////

/////

1

1       Accordingly, IT IS HEREBY ORDERED that:

2       1. Plaintiff's February 22, 2008 request for leave to proceed in forma pauperis is
3 denied without prejudice;

4       2. The Clerk of the Court is directed to send plaintiff an Application to Proceed
5 In Forma Pauperis By a Prisoner for use in a civil rights action; and

6       3. Plaintiff shall submit, within thirty days from the date of this order, a properly
7 completed application to proceed in forma pauperis on the form provided with this order; as well
8 as a certified copy of plaintiff's prison trust account statement for the six-month period
9 immediately preceding the filing of the complaint in this action; plaintiff is cautioned that failure
10 to comply with this order or seek an extension of time to do so will result in a recommendation
11 that this action be dismissed without prejudice.

12 DATED: March 17, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
bibb0033.3d