IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD BIBBS,

      Plaintiff,                      No. CIV S-08-0033 GEB DAD P

   vs.

WARDEN WALKER, et al.,

      Defendants.                 <u>ORDER</u>

_____/

        Plaintiff has requested a sixty-day extension of time to file his application to proceed in forma pauperis. He also seeks leave to file an amended complaint. The court will grant the requests; however, plaintiff is cautioned that no further extensions of time will be granted. If plaintiff is not prepared to proceed with this action, he may request that this case be voluntarily dismissed without prejudice and there will be no assessment of the filing fee.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Plaintiff's May 12, 2008 motion for an extension of time is granted;

        2. Plaintiff is granted sixty days from the date of this order to file his application to proceed in forma pauperis and an amended complaint. The amended complaint must comply with the requirements of the Civil Rights Act, the Federal Rules of Civil Procedure, and the Local Rules of Practice; the amended complaint must bear the docket number assigned to this

1

case and must be labeled "Amended Complaint"; plaintiff shall use the form complaint provided by the Clerk of the Court; the amended complaint must be complete in itself without reference to any prior pleading;

      3. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice; and

      4. The Clerk of the Court is directed to provide plaintiff with the court's form complaint for a § 1983 action.

DATED: May 20, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:ak/4
bibb0033.36amc

2