IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD BIBBS,

      Plaintiff,                    No. CIV S-08-0033 GEB DAD P

    vs.

WARDEN WALKER, et al.,

      Defendants.             ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. On May 20, 2008, the court ordered plaintiff to file his application requesting leave to proceed in forma pauperis. On May 23, 2008, plaintiff filed only page two of the form application. The court will provide plaintiff with a final opportunity to submit a proper application. Plaintiff does not need to have the certificate portion of the application completed again, and he does not need to submit another certified copy of his inmate trust account statement.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Plaintiff shall submit, within thirty days from the date of this order, an application in support of his request to proceed in forma pauperis on the form provided by the

/////

1

1  Clerk of Court; plaintiff's failure to comply with this order will result in the dismissal of this
2  action; and
3         2. The Clerk of the Court is directed to send plaintiff a new Application to
4  Proceed In Forma Pauperis By a Prisoner.
5  DATED: August 4, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
bib0033.3a