IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD BIBBS,

      Plaintiff,                    2:08-cv-0033-GEB-DAD-P

   vs.

WARDEN WALKER, et al.,

      Defendants.              <u>ORDER</u>

_____/

        On March 11, 2009, the Magistrate Judge issued an order denying plaintiff's motion for preliminary injunction. On March 30, 2009, plaintiff filed a motion for reconsideration of that order. Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

///

///

///

///

Accordingly, IT IS HEREBY ORDERED that upon reconsideration, the order of the magistrate judge filed March 11, 2009, is affirmed

Dated: April 23, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge