IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD BIBBS,

    Plaintiff,                    No. CIV S-08-0033 GEB DAD P

    vs.

WARDEN WALKER, et al.,

    Defendants.             <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On March 11, 2009, the court dismissed plaintiff's complaint and granted plaintiff leave to file an amended complaint. The court also denied plaintiff's motion for a preliminary injunction. Plaintiff filed a motion for reconsideration and on April 23, 2009, the assigned District Judge affirmed the March 11, 2009 order.

        Accordingly, IT IS HEREBY ORDERED that within thirty days, plaintiff shall file his amended complaint as specified in the court's March 11, 2009 order.

DATED: May 11, 2009.

                                                                       DALE A. DROZD
                                                                       UNITED STATES MAGISTRATE JUDGE

DAD:4
bibb033.eot

1